No. 09–1512.  ENGLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 09–1513.  DUVALL *v.* MISSOURI DEPARTMENT OF SOCIAL SERVICES ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 09–1514.  M/Y BETTY LYN II ET AL. *v.* CRIMSON YACHTS. C. A. 11th Cir.  Certiorari denied.

No. 09–1515.  BERGMAN *v.* DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 09–1517.  FLINT *v.* SHAKE, CHIEF JUDGE, CIRCUIT COURT OF KENTUCKY, 30TH CIRCUIT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 09–1518.  HAVENS ET AL. *v.* MOBEX NETWORK SERVICES, LLC, ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 09–1519.  UNITED STATES EX REL. PRITSKER *v.* SODEXHO, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 09–1522.  BROWN *v.* PROGRESS ENERGY.  C. A. 11th Cir. Certiorari denied.

No. 09–1523.  CONARD *v.* PENNSYLVANIA STATE POLICE ET AL. C. A. 3d Cir.  Certiorari denied.

No. 09–1527.  KARLS *v.* GOLDMAN SACHS GROUP, INC., ET AL.; KARLS *v.* CITIGROUP OF NORTH AMERICA, INC., ET AL.; and KARLS *v.* ING FINANCIAL HOLDINGS CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–1528.  RUDD *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 09–1529.  SEPULVEDA ET AL. *v.* ALLEN FAMILY FOODS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 09–1530.  UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1776 *v.* RITE AID OF PENNSYLVANIA, INC.  C. A. 3d Cir.  Certiorari denied.